Jacob Leavitt
Bighorn Law
2225 E. Flamingo Rd
Suite #300, BLDG #2
Las Vegas, NV 89119
Telephone: (702)333-1111
jacob@bighornlaw.com

John Doubek, Licensed in Montana
(appearing *pro hac vice*)
DOUBEK, PYFER & STORRAR
PO Box 236
Helena, MT 59624
Telephone: (406)442-7830
Facsimile:  (406)442-7839
john@lawyerinmontana.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and BRENDA MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>SPECIAL AGENT MICHAEL WEST, and NINE UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, INTERAL REVENUE SERVICE and DRUG ENFORCEMENT AGENCY,<br><br>Defendants. | Case #<br><br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

John C. Doubek, Petitioner, respectfully represents to the Court:

1.       That Petitioner is an attorney at law and a member of the law firm of Doubek,

Pyfer & Storrar with offices at 307 N. Jackson Street, Helena, MT, 59601, (406) 442-7830,

john@lawyerinmontana.com.

2.       That Petitioner has been retained personally or as a member of the law firm by

Dennis Montgomery and Brenda Montgomery to provide legal representation in connection with

the above-entitled case now pending before this court.

3.       That since June 1976, Petitioner has been and presently is a member of good

standing  of the bar at the highest Court of the State of Montana where Petitioner regularly

practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the

supreme court or highest admitting court of each state, territory, or insular possession of the

United States in which the applicant has been admitted to practice law certifying the applicant's

membership therein is in good standing.

4.       That Petitioner was admitted to practice before the following United States

District Courts and United States Circuit Courts of Appeal, on the dates indicated for each, and

that Petitioner is presently a member of good standing of the bars of said Courts.

        a.   US District Court- Montana Division on June 1976, Bar # 379

        b.   US Ninth Circuit Court of Appeals on June 1976, Bar # 379

5.       That there are or have been no disciplinary proceedings instituted against

petitioner, nor any suspension of any license, certificate  or privilege to appear before any

judicial, regulatory disbarment proceedings, except as described in detail below

        a.   None

6.   That Petitioner has never been denied admission to the State Bar of Nevada.

        a.   None

7.   That Petitioner is a member in good standing in the following Bar Associations.

    a.  Montana Bar Association

8.  Petitioner has filed application to appear as counsel under Local Rule IA 11-2

    a.  Case No: 3:20-cv-00101-RCJ-NGC

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of the attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with standards of professional conduct required of the members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.  Requested on behalf of:

Dennis Montgomery

Brenda Montgomery

STATE OF _Washington_ )
                       :ss
COUNTY _King_ )

Dennis Montgomery and Brenda Montgomery, Plaintiffs, being first duly sworn, deposes and says: That the foregoing statements are true.

Dennis Montgomery

Brenda Montgomery

Subscribed and sworn to before me this _25_ day of _March_, 2021.

(SEAL)

TAMMY R LEHTO
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

_Tammy R Lehto_
Notary's Name (printed)

3

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate Jacob Leavitt of Bighorn Law, Attorney at Law, member of the State of Nevada and previously admitted to practice before the about-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: 2225 E. Flamingo Rd, Suite #300, BLDG #2, Las Vegas, NV 89119, jacob@bighornlaw.com.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jacob Leavitt as his Designated Resident of Nevada Counsel in this case.

_____
(Party's Signature)

_____
John Doubek, Attorney
(Type or Print Party Name, Title)

_____
(Party's Signature)

_____
(Type or Print Party Name, Title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to server as associate resident Nevada counsel in this case.

_Jacob G. Leavitt_
_____
Designated Resident Nevada Counsel's Signature

_12608_                     _jacob@bighornlaw.com_
_____
Bar Number                            Email Address

APPROVED:

Dated this _29th_ day of _March_____, 2021.


_____
UNITED STATES DISTRICT JUDGE

5



Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

John C. Doubek

was admitted to the State Bar of Montana in June 1976 and that his name currently appears on the Roll of Attorneys in this office as an active member in good standing*.

Dated this 18th day of February 2021

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.