# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Nevada

RECEIVED
APR 27 2021

Dennis Montgomery, et al

    Plaintiff(s),

vs.

Special Agent Michael West, et al

    Defendant(s).

Attorney: John Doubek

Doubek, Pyfer & Fox, PC
PO Box 236
Helena MT 59601

*264721*

**Case Number: 3:21-cv-00128-MMD-CLB**

Legal documents received by Same Day Process Service, Inc. on **04/20/2021** at **11:29 AM** to be served upon **Federal Bureau of Investigation, at 935 Pennsylvania Ave., NW, Washington, DC, 20535**

I, **Carina Luna**, swear and affirm that on **April 20, 2021** at **2:00 PM**, I did the following:

Served **Federal Bureau of Investigation, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits to Steven Parker as Assistant General Counsel & Authorized Agent** at **935 Pennsylvania Ave., NW, Washington, DC 20535** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 65 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Carina Luna
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:264721



District of Columbia
Signed and sworn to (or affirmed) before me
on April 21, 2021 by Carina Luna
Signature of Notarial Officer

Kimberly Anne Martin - Notary Public, Washington DC
My commission expires January 31, 2026



EXHIBIT
1