# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Nevada

**RECEIVED**
**APR 27 2021**

**Dennis Montgomery, et al**

    Plaintiff(s),

vs.

**Special Agent Michael West, et al**

    Defendant(s).

Attorney: John Doubek

Doubek, Pyfer & Fox, PC
PO Box 236
Helena MT 59601

*264722*

Case Number: 3:21-cv-00128-MMD-CLB

Legal documents received by Same Day Process Service, Inc. on **04/20/2021** at **11:29 AM** to be served upon **Internal Revenue Service**, at **1111 Constitution Ave., NW, Washington, DC, 20224**

I, **Carina Luna**, swear and affirm that on **April 20, 2021** at **2:16 PM**, I did the following:

Served **Internal Revenue Service, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits** to **Pernell Penny** as **Authorized Agent** at **1111 Constitution Ave., NW , Washington, DC 20224** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 34 Height: Sitting Weight: Over 200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Carina Luna_ (signature)
Carina Luna
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:264722

District of Columbia
Signed and sworn to (or affirmed) before me on Apr 27, 2021 by Carina Luna
Signature of Notarial Officer

Kimberly Anne Martin - Notary Public, Washington DC
My commission expires January 31, 2026



EXHIBIT 2