# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Nevada

Dennis Montgomery, et al

    Plaintiff(s),

vs.

Special Agent Michael West, et al

    Defendant(s).

Attorney: John Doubek

Doubek, Pyfer & Fox, PC
PO Box 236
Helena MT 59601

*264720*

**Case Number: 3:21-cv-00128-MMD-CLB**

Legal documents received by Same Day Process Service, Inc. on **04/20/2021** at **11:28 AM** to be served upon **Drug Enforcement Agency, at 75 Morrissette Dr., Springfield, VA, 22152**

I, **Harry Santiago**, swear and affirm that on **April 20, 2021** at **2:28 PM**, I did the following:

Served **Drug Enforcement Agency, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits** to **Charles Jordan** as **Authorized Agent** at **75 Morrissette Dr., Springfield, VA 22152** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 52 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Brown Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[Signature]*

Harry Santiago
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:264720

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____

Brandon Cheeko, Notary Public, D.C.
My commission expires: August 14, 2021

**EXHIBIT 3**