Jacob Leavitt
Bighorn Law
2225 E. Flamingo Rd
Suite #300, BLDG #2
Las Vegas, NV 89119
Telephone: (702)333-1111
jacob@bighornlaw.com

John Doubek, Licensed in Montana
(appearing *pro hac vice*)
DOUBEK, PYFER & STORRAR
PO Box 236
Helena MT 59624
Telephone: (406) 442-7830
Facsimile:  (406) 442-7839
john@lawyerinmontana.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| DENNIS MONTGOMERY and BRENDA MONTGOMERY, | Case No.: 3:21-CV-00128-MMD-CLB |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT** |
| SPECIAL AGENT MICHAEL WEST, and NINE UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, INTERNAL REVENUE SERVICE AND DRUG ENFORCEMENT AGENCY, | |
| Defendants. | |

I, John Doubek, one of the Plaintiffs' attorneys herein, submit this affidavit in support of the entry of default against the three named defendant agencies as follows, upon my oath, depose and state that:

1. I am one of Plaintiffs' attorneys herein.

2. I utilized the service of process services of a Washington D.C. company to serve the three defendant agencies.

3. The three agencies were served by Same Day Process Service, Inc. on April 20, 2021.

4. None of the said defendants have appeared or given any notice to plaintiffs or their counsel herein, as of today's date.

5. I have read this affidavit and state that it is true and correct.

DATED this 29th day of June, 2021.

DOUBEK, PYFER & STORRAR

By _____
John Doubek
Attorney for Plaintiff

The foregoing affidavit was signed and sworn to or affirmed before me on 7-2-2021 (date) by John Doubek.

RENEE FRANKS
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
January 9, 2024

(Notary Signature)

2