## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Nevada

**Dennis Montgomery, et al**

    Plaintiff(s),

VS.

**Special Agent Michael West, et al**

    Defendant(s).

Attorney: John Doubek

Doubek, Pyfer & Storrar
PO Box 236
Helena MT 59601



*267345*

Case Number: 3:21-cv-00128-MMD-WGC

Legal documents received by Same Day Process Service, Inc. on **07/09/2021** at **6:15 PM** to be served upon **Christopher Chiou at U.S. Attorney's Office for the District of Nevada, 501 Las Vegas Blvd., South, #1100, Las Vegas, NV 89101**

I, **Don Taylor reg: R-097875**, swear and affirm that on **July 14, 2021** at **5:00 PM**, I did the following:

Served **Christopher Chiou** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Exhibits** to **Angel Villalpando** as **Legal Assistant & Authorized Agent** of Christopher Chiou at U.S. Attorney's Office for the District of Nevada, 501 Las Vegas Blvd., South, #1100 , Las Vegas, NV 89101.

**Description of Person Accepting Service:**
Sex: Female Age: 46-50 Weight: 161-200 lbs Skin Color: Hispanic Hair Color: Brown

**Supplemental Data Appropriate to this Service:** Height: 5'7-6'0"

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Don Taylor reg: R-097875**
Process Server

Internal Job ID:267345



**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com