**John**

**From:** John
**Sent:** Tuesday, October 20, 2020 4:16 PM
**To:** 'Addington, Greg (USANV)'
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington: My client would like to get this matter resolved sooner than later. Because Of Mr. Negroponte's SS directive, my client has been stripped of his rights to do a lot of things for too many years now. Please get back to me asap. John D

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 4:12 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Your above-referenced October 9 letter was received. The matters described therein are being reviewed for appropriate response.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

1



EXHIBIT 5



**DOUBEK, PYFER & STORRAR**
HELPING INJURED PEOPLE

(406) 442-7830 office
(406) 442-7839 fax
lawyerinmontana.com
P.O. Box 236
307 N Jackson St.
Helena, MT 59624

October 30, 2020

*via:* **U.S. Mail**

Greg Addington
Assistant USA
Bruce R. Thompson U.S. Courthouse 6 Fed. Bldg.
400 South Virginia Street Suite 900
Reno, NV 89501

Mr. Nicholas Trutanich
US Attorney's Office
400 South Virginia St.
Suite 900
Reno, NV 89501

501 Las Vegas Blvd South
Suite 1100
Las Vegas, NV 89101

RE: Dennis and Brenda Montgomery

Dear Mr. Addington and Mr. Trutanich:

I am frankly surprised you, Mr. Addington, are at all involved in this review/response process. I know you were intimately involved in the wrongful search and seizure and possess background knowledge of the alleged events. Maybe though that will be helpful in moving this along.

Judge Pro and Magistrate Judge Cook were as critical of what the government did to both Dennis and Brenda Montgomery as any judge I have read about. Rather than recite from the judges' orders, I have simply attached them for your reference.
Here is what I have enclosed:

1. Draft of Bivens complaint
2. Order from Magistrate Judge Cook
3. Orders from Judge Pro
4. John Negroponte's Formal Claim of Privilege (directive).

We view the Negroponte directive to be a complete gag order with all kinds of sanctions and penal penalties at the government's disposal if my clients were to violate Negroponte's

JOHN C. DOUBEK   |   RICK PYFER   |   KEIF STORRAR   |   JONATHAN KING

JOHN@LAWYERINMONTANA.COM   RICK@LAWYERINMONTANA.COM   KEIF@LAWYERINMONTANA.COM   JONATHAN@LAWYERINMONTANA.COM

Letter
Re: Dennis and Brenda Montgomery
October 30, 2020
Page 2 of 2

directive. It is hard to imagine much of anything which would not constitute a violation of that directive. My clients have been ever so careful not to violate the Negroponte state secret directive. Dennis Montgomery was even debriefed in Washington D.C. following a meeting with federal D.C. Judge Lambreth (FISA Court) and some U.S. Senators before being then taken to a SCIF and "debriefed." Indeed, former FBI Director Comey took hard drives with him from the debriefing. No one has seen them since.

What Dennis Montgomery had created is what has been commonly referred to as the "Hammer." It is a super surveillance tool which Dennis constructed with many items all copyrighted and patented and all in his name, for the CIA, FBI, Defense of Department, and other agencies. Clearly, the government knew what he had created, how it was used and what it was capable of doing. These agencies wanted to gag Dennis from telling anybody anything about his "Hammer." This was the objective of Negroponte's order. As you may or may not know, this was the largest tool constructed and used by our own government to conduct both foreign and domestic surveillance. Parenthetically, it is so ironic to see attorney James Baker defending Jack Dorsey of Twitter, professing to know nothing of domestic hacking when Baker himself helped run the domestic surveillance program courtesy of the "Hammer."

Frankly, Dennis and Brenda want to put this entire chapter in their lives behind them. I think it is going to take a fairly significant number of senior folks whose pay grades are above yours and mine to get this matter fully and finally concluded. This may require we bring in someone recommended by even AG Bar. My clients just want to be done with all of this.

Sincerely,

John Doubek
Attorney at Law
john@lawyerinmontana.com

JDC/mcl
Enc.

# John

**From:** John
**Sent:** Tuesday, December 1, 2020 3:48 PM
**To:** Addington, Greg (USANV)
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington, my client has been patient for many years now. If the government wants to resolve things with my client, it best do so asap. John Doubek

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Monday, October 26, 2020 11:12 AM
**To:** John <john@lawyerinmontana.com>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Thank you for your patience in this matter. Your October 9 letter has been referred to me for response. Your letter references a proposed "Bivens" complaint you intend to file on behalf of Mr. Montgomery. You also reference and provide a copy of the protective order entered by the U.S. District Court in 2007 in litigation involving Mr. Montgomery. As you know, the protective order describes categories of information and materials which cannot be disclosed and which cannot be the subject of discovery or evidentiary presentation, based on the US invocation of its state secrets privilege.

In your letter, you state your view that the protective order "clearly prevents Dennis Montgomery from filing a Bivens complaint and possibly other complaints against the Government." You request this office's views as to "how you want us to proceed."

It is our view the protective order remains in place to preclude disclosure of the categories of information and related materials described in the order, based on the circumstances giving rise to the protective order – including the state secrets privilege invoked by the United States. As you know, the protective order includes a mechanism for US review of materials if there is a concern about specific information or materials which might arguably be encompassed by the order.

We cannot assess what, if anything, in the proposed Bivens complaint might be implicated by the terms of the protective order because we do not have a copy of the proposed complaint. If you will provide me with a draft copy of the Bivens complaint (and any corresponding materials you would anticipate disclosing as part of the filing of the complaint), as contemplated by the terms of the protective order, I will obtain the review of the complaint/materials consistent with the protective order and advise you accordingly. I am supposing that review would be completed within 30 days – though that expectation is tempered by the fact that I do not know if your proposed complaint is 5 pages long or 500 pages long so I cannot now commit to a firm time period for the review.

If you have any questions, do not hesitate to contact me.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct

(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, October 20, 2020 3:16 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington: My client would like to get this matter resolved sooner than later. Because Of Mr. Negroponte's SS directive, my client has been stripped of his rights to do a lot of things for too many years now. Please get back to me asap. John D

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 4:12 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Your above-referenced October 9 letter was received. The matters described therein are being reviewed for appropriate response.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

2

# John

**From:** John
**Sent:** Tuesday, December 1, 2020 4:39 PM
**To:** Addington, Greg (USANV)
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Thanks for your quick reply. I hate to say it but this is not an EIS that needs to be scrutinized and evaluated by the Corp of Engineers for months on end. My client wants to amicably resolve all of his claims. He wants to do it completely. John D

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, December 1, 2020 3:58 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

I will enquire regarding the status of the review initiated last month.

**GREG ADDINGTON**
Assistant United States Attorney

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, December 1, 2020 2:48 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington, my client has been patient for many years now. If the government wants to resolve things with my client, it best do so asap. John Doubek

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Monday, October 26, 2020 11:12 AM
**To:** John <john@lawyerinmontana.com>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Thank you for your patience in this matter. Your October 9 letter has been referred to me for response. Your letter references a proposed "Bivens" complaint you intend to file on behalf of Mr. Montgomery. You also reference and provide a copy of the protective order entered by the U.S. District Court in 2007 in litigation involving Mr. Montgomery. As you know, the protective order describes categories of information and materials which cannot be disclosed and which cannot be the subject of discovery or evidentiary presentation, based on the US invocation of its state secrets privilege.

In your letter, you state your view that the protective order "clearly prevents Dennis Montgomery from filing a Bivens complaint and possibly other complaints against the Government." You request this office's views as to "how you want us to proceed."

1

It is our view the protective order remains in place to preclude disclosure of the categories of information and related materials described in the order, based on the circumstances giving rise to the protective order – including the state secrets privilege invoked by the United States. As you know, the protective order includes a mechanism for US review of materials if there is a concern about specific information or materials which might arguably be encompassed by the order.

We cannot assess what, if anything, in the proposed Bivens complaint might be implicated by the terms of the protective order because we do not have a copy of the proposed complaint. If you will provide me with a draft copy of the Bivens complaint (and any corresponding materials you would anticipate disclosing as part of the filing of the complaint), as contemplated by the terms of the protective order, I will obtain the review of the complaint/materials consistent with the protective order and advise you accordingly. I am supposing that review would be completed within 30 days – though that expectation is tempered by the fact that I do not know if your proposed complaint is 5 pages long or 500 pages long so I cannot now commit to a firm time period for the review.

If you have any questions, do not hesitate to contact me.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

---

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, October 20, 2020 3:16 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington: My client would like to get this matter resolved sooner than later. Because Of Mr. Negroponte's SS directive, my client has been stripped of his rights to do a lot of things for too many years now. Please get back to me asap. John D

---

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 4:12 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Your above-referenced October 9 letter was received. The matters described therein are being reviewed for appropriate response.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office

(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

# John

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Monday, December 14, 2020 10:35 AM
**To:** John
**Subject:** Re: Letter dated October 9 re Dennis Montgomery

I am reliably informed the review of materials referenced below is nearing completion - my expectation is for some sort of meaningful response for you within 10 days.

Sent from my iPhone

> On Dec 11, 2020, at 1:43 PM, John <john@lawyerinmontana.com> wrote:
>
> Greg, I know that Dennis wants to get all claims wrapped up. Presumably we would need to need to involve a number of entities, such as the CIA, DoD, FBI, and NSA. There must be someone or a couple of "someones" who could weigh in and get this resolved, but that is whom I believe we need to have. We are willing to meet where ever to do so. John
>
> **From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
> **Sent:** Friday, December 11, 2020 12:54 PM
> **To:** John <john@lawyerinmontana.com>
> **Subject:** RE: Letter dated October 9 re Dennis Montgomery
>
> I have been making further enquiries this past week but have no meaningful information for you regarding the status of the review of materials you provided. I will continue my efforts.
>
> **GREG ADDINGTON**
> Assistant United States Attorney
>
> **From:** John <john@lawyerinmontana.com>
> **Sent:** Tuesday, December 1, 2020 3:39 PM
> **To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
> **Subject:** RE: Letter dated October 9 re Dennis Montgomery
>
> Thanks for your quick reply. I hate to say it but this is not an EIS that needs to be scrutinized and evaluated by the Corp of Engineers for months on end. My client wants to amicably resolve all of his claims. He wants to do it completely. John D
>
> **From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
> **Sent:** Tuesday, December 1, 2020 3:58 PM
> **To:** John <john@lawyerinmontana.com>
> **Subject:** RE: Letter dated October 9 re Dennis Montgomery
>
> I will enquire regarding the status of the review initiated last month.

1

**GREG ADDINGTON**
Assistant United States Attorney

---

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, December 1, 2020 2:48 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington, my client has been patient for many years now. If the government wants to resolve things with my client, it best do so asap. John Doubek

---

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Monday, October 26, 2020 11:12 AM
**To:** John <john@lawyerinmontana.com>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Thank you for your patience in this matter. Your October 9 letter has been referred to me for response. Your letter references a proposed "Bivens" complaint you intend to file on behalf of Mr. Montgomery. You also reference and provide a copy of the protective order entered by the U.S. District Court in 2007 in litigation involving Mr. Montgomery. As you know, the protective order describes categories of information and materials which cannot be disclosed and which cannot be the subject of discovery or evidentiary presentation, based on the US invocation of its state secrets privilege.

In your letter, you state your view that the protective order "clearly prevents Dennis Montgomery from filing a Bivens complaint and possibly other complaints against the Government." You request this office's views as to "how you want us to proceed."

It is our view the protective order remains in place to preclude disclosure of the categories of information and related materials described in the order, based on the circumstances giving rise to the protective order – including the state secrets privilege invoked by the United States. As you know, the protective order includes a mechanism for US review of materials if there is a concern about specific information or materials which might arguably be encompassed by the order.

We cannot assess what, if anything, in the proposed Bivens complaint might be implicated by the terms of the protective order because we do not have a copy of the proposed complaint. If you will provide me with a draft copy of the Bivens complaint (and any corresponding materials you would anticipate disclosing as part of the filing of the complaint), as contemplated by the terms of the protective order, I will obtain the review of the complaint/materials consistent with the protective order and advise you accordingly. I am supposing that review would be completed within 30 days – though that expectation is tempered by the fact that I do not know if your proposed complaint is 5 pages long or 500 pages long so I cannot now commit to a firm time period for the review.

If you have any questions, do not hesitate to contact me.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501

2

(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, October 20, 2020 3:16 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington: My client would like to get this matter resolved sooner than later. Because Of Mr. Negroponte's SS directive, my client has been stripped of his rights to do a lot of things for too many years now. Please get back to me asap. John D

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 4:12 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Your above-referenced October 9 letter was received. The matters described therein are being reviewed for appropriate response.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

# John

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, February 2, 2021 2:01 PM
**To:** John
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

I am now advised the agency review of the materials you provided has been completed. The proposed civil complaint you forwarded for review has been reviewed and the public disclosure of that document has been determined to not implicate any concerns arising from the protective order entered in 2007 by the US district court in Nevada in the earlier litigation. No views are expressed regarding the viability of the claims described in the reviewed document.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

**From:** John <john@lawyerinmontana.com>
**Sent:** Monday, December 28, 2020 1:38 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** Re: Letter dated October 9 re Dennis Montgomery

Thanks. We will go forward. John D

Sent from my iPhone

> On Dec 28, 2020, at 11:20 AM, Addington, Greg (USANV) <Greg.Addington@usdoj.gov> wrote:
>
> Mr. Doubek:
>
> My reliable source for information on this matter obviously is not as reliable as I thought it to be. To avoid misleading you and to avoid any speculation on my part about what someone else is doing (and when) I can only say I do not know when the internal review will be complete and thus do not know when you will get a response to your enquiry.
>
> **GREG ADDINGTON**
> Assistant United States Attorney
> Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
> 400 South Virginia Street, Suite 900
> Reno, NV 89501
> (775) 334-3347 - direct

(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

**From:** Addington, Greg (USANV)
**Sent:** Monday, December 14, 2020 9:35 AM
**To:** John <john@lawyerinmontana.com>
**Subject:** Re: Letter dated October 9 re Dennis Montgomery

I am reliably informed the review of materials referenced below is nearing completion - my expectation is for some sort of meaningful response for you within 10 days.

Sent from my iPhone

> On Dec 11, 2020, at 1:43 PM, John <john@lawyerinmontana.com> wrote:
>
> Greg, I know that Dennis wants to get all claims wrapped up. Presumably we would need to need to involve a number of entities, such as the CIA, DoD, FBI, and NSA. There must be someone or a couple of "someones" who could weigh in and get this resolved, but that is whom I believe we need to have. We are willing to meet where ever to do so.
> John
>
> **From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
> **Sent:** Friday, December 11, 2020 12:54 PM
> **To:** John <john@lawyerinmontana.com>
> **Subject:** RE: Letter dated October 9 re Dennis Montgomery
>
> I have been making further enquiries this past week but have no meaningful information for you regarding the status of the review of materials you provided. I will continue my efforts.
>
> **GREG ADDINGTON**
> Assistant United States Attorney
>
> **From:** John <john@lawyerinmontana.com>
> **Sent:** Tuesday, December 1, 2020 3:39 PM
> **To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
> **Subject:** RE: Letter dated October 9 re Dennis Montgomery
>
> Thanks for your quick reply. I hate to say it but this is not an EIS that needs to be scrutinized and evaluated by the Corp of Engineers for months on end. My client wants to amicably resolve all of his claims. He wants to do it completely. John D
>
> **From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
> **Sent:** Tuesday, December 1, 2020 3:58 PM
> **To:** John <john@lawyerinmontana.com>
> **Subject:** RE: Letter dated October 9 re Dennis Montgomery

I will enquire regarding the status of the review initiated last month.

**GREG ADDINGTON**
Assistant United States Attorney

---

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, December 1, 2020 2:48 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington, my client has been patient for many years now. If the government wants to resolve things with my client, it best do so asap. John Doubek

---

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Monday, October 26, 2020 11:12 AM
**To:** John <john@lawyerinmontana.com>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Thank you for your patience in this matter. Your October 9 letter has been referred to me for response. Your letter references a proposed "Bivens" complaint you intend to file on behalf of Mr. Montgomery. You also reference and provide a copy of the protective order entered by the U.S. District Court in 2007 in litigation involving Mr. Montgomery. As you know, the protective order describes categories of information and materials which cannot be disclosed and which cannot be the subject of discovery or evidentiary presentation, based on the US invocation of its state secrets privilege.

In your letter, you state your view that the protective order "clearly prevents Dennis Montgomery from filing a Bivens complaint and possibly other complaints against the Government." You request this office's views as to "how you want us to proceed."

It is our view the protective order remains in place to preclude disclosure of the categories of information and related materials described in the order, based on the circumstances giving rise to the protective order – including the state secrets privilege invoked by the United States. As you know, the protective order includes a mechanism for US review of materials if there is a concern about specific information or materials which might arguably be encompassed by the order.

We cannot assess what, if anything, in the proposed Bivens complaint might be implicated by the terms of the protective order because we do not have a copy of the proposed complaint. If you will provide me with a draft copy of the Bivens complaint (and any corresponding materials you would anticipate disclosing as part of the filing of the complaint), as contemplated by the terms of the protective order, I will obtain the review of the complaint/materials consistent with the protective order and advise you accordingly. I am supposing that review would be completed within 30 days – though that expectation is tempered by the fact that I do not know if your proposed complaint is 5 pages long or 500 pages long so I cannot now commit to a firm time period for the review.

3

If you have any questions, do not hesitate to contact me.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov

**From:** John <john@lawyerinmontana.com>
**Sent:** Tuesday, October 20, 2020 3:16 PM
**To:** Addington, Greg (USANV) <GAddington@usa.doj.gov>
**Subject:** RE: Letter dated October 9 re Dennis Montgomery

Mr. Addington: My client would like to get this matter resolved sooner than later. Because Of Mr. Negroponte's SS directive, my client has been stripped of his rights to do a lot of things for too many years now. Please get back to me asap. John D

**From:** Addington, Greg (USANV) <Greg.Addington@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 4:12 PM
**To:** John <john@lawyerinmontana.com>
**Subject:** Letter dated October 9 re Dennis Montgomery

Mr. Doubek:

Your above-referenced October 9 letter was received. The matters described therein are being reviewed for appropriate response.

**GREG ADDINGTON**
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 334-3347 - direct
(775) 784-5438 - office
(775) 784-5181 - facsimile
Greg.Addington@usdoj.gov