1

Jacob Leavitt
Bighorn Law

2

2225 E. Flamingo Rd
Suite #300, BLDG #2

3

Las Vegas, NV 89119

4

Telephone: (702)333-1111
jacob@bighornlaw.com

5

6

John Doubek, Licensed in Montana
(appearing *pro hac vice*)

7

DOUBEK, PYFER & STORRAR
PO Box 236

8

Helena MT 59624
Telephone: (406) 442-7830

9

Facsimile: (406) 442-7839
john@lawyerinmontana.com

10

11

*Attorneys for Plaintiffs*

12

13

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| DENNIS MONTGOMERY and BRENDA MONTGOMERY, | Case No.: 3:21-CV-00128-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | |
| SPECIAL AGENT MICHAEL WEST, and NINE UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION, INTERNAL REVENUE SERVICE AND DRUG ENFORCEMENT AGENCY, | **AFFIDAVIT OF DENNIS MONTGOMERY** |
| Defendants. | |

14

15

16

17

18

19

20

21

22

I, Dennis Montgomery, file this Affidavit as follows:

23

1. I am one of the above-named Plaintiffs.

24

2. On several occasions I have been warned and threatened by personnel from the DOJ, CIA and FBI that I must say nothing about the surveillance work I performed for the U.S. Government, that I continued to be under Mr. Negroponte's gag/protective order. I was told I would be put in prison if I said anything about my prior work.

25

26

27

3. Over the years, there have been occasions where personnel with the U.S. Intelligence and law enforcement agencies have repeatedly told me I could say nothing about the

28

1

EXHIBIT
**6**

1    surveillance work and network I created, or I would be indicted. There were not idle

2    threats. They were made by people with guns. I believed I could do nothing until we

3    sought out clearance from the USA in Nevada and received the emails from USA Greg

4    Addington, who was one of the Government attorneys involved in the wrongful search

5    and seizure. I then immediately filed my *Bivens* Complaint.

6    4.  I have read this affidavit and state that it is true and correct.

7

8    DATED this 27 day of October, 2021.

9

10                                          By    Dennis Montgomery

11                                               Dennis Montgomery

12

13   The foregoing affidavit was signed and sworn to or affirmed before me on 10/27/2021

14   by Dennis Montgomery.                                          (date)

15

16                                               (Notary Signature)

17

18   
     Notary Public State of Florida
19   Eunice Badillo
     My Commission
     HH 154935
     Exp. 8/8/2025

20

21

22

23

24

25

26

27

28

                                    2