# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY and BRENDA MONTGOMERY,<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>SPECIAL AGENT MICHAEL WEST, et al.,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00128-MMD-CSD<br><br>**MINUTES OF THE COURT**<br><br>February 16, 2022 |

PRESENT:　THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:　KAREN WALKER　　REPORTER:　NONE APPEARING

COUNSEL FOR PLAINTIFF(S):　NONE APPEARING

COUNSEL FOR DEFENDANT(S):　NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is the parties' Proposed Joint Discovery Plan (ECF No. 33). This document does not contain any scheduling order deadlines.

　　The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, March 4, 2022**.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　By:　　　/s/　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk